```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

FLOYD MORROW and MARYANN      :
MORROW,                       :
                              :    HONORABLE JOSEPH E. IRENAS
        Plaintiffs,           :    CIVIL ACTION NO. 09-4223
                              :
    v.                        :    **ORDER DENYING DEFENDANTS'**
                              :    **MOTION FOR SUMMARY JUDGMENT**
MARINEMAX, INC., et al.,      :         **(Docket # 22)**
                              :
        Defendants.           :

**APPEARANCES:**

DAVID K. LONG & ASSOCIATES
By: David K. Long, Esq.
1555 Zion Road, Suite 100
Northfield, New Jersey 08225
        Counsel for Plaintiffs


MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
By: Matthew S. Schorr, Esq.
425 Eagle Rock Avenue, Suite 302
Roseland, New Jersey 07068
        Counsel for Defendants


**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Defendant's Motion for Summary Judgment (DKT No. 22), the Court having considered the submissions of the parties and heaving heard oral argument on August 16, 2010, for the reasons set forth in the Opinion issued by this Court on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing;

1

**IT IS** on this 17th day of August, 2010,

    **ORDERED THAT:**

Defendants' Motion for Summary Judgment is hereby **DENIED.**

                                                    s/ Joseph E. Irenas

                                            Joseph E. Irenas, S.U.S.D.J.